| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/19/2019 |

-------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel. TZAC, INC.,

                  Plaintiff-Relator,

      -against-

OXFAM a/k/a OXFAM GB,

                  Defendant.
-------------------------------------------------------------X

18-CV-1500 (VEC)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

VALERIE CAPRONI, United States District Judge:

       Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on **September 27, 2019 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       1.     Pursuant to section 1.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least 48 hours prior to the scheduled conference. The request must state (1) the reason for the proposed adjournment; (2) the original date of the conference; (3) the number of previous requests for adjournment; (4) whether the other party or parties consent and, if not, the reason given for refusing consent; and (5) proposed alternative dates.

       2.     **Plaintiff is encouraged to serve Defendant promptly.** Requests for adjournment of the IPTC will not necessarily be granted on the ground that Defendant has not been served or answered prior to the scheduled IPTC.

3.  No later than **September 19, 2019**, the parties must submit a joint letter of no more than five pages addressing the following in separate paragraphs:

(1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s);

(2) the basis for subject matter jurisdiction;

(3) any contemplated motions; and

(4) the prospect for settlement.

4.  The parties must append to their joint letter a <u>jointly</u> proposed Civil Case Management Plan and Scheduling Order.  The parties are directed to consult the undersigned's Individual Practices in Civil Cases, which may be found on the Court's website: http://nysd.uscourts.gov/judge/Caproni.

5.  Before the date of the IPTC, counsel for each party must (1) register as a filing user in accordance with the Procedures of Electronic Case Filing and (2) file a Notice of Appearance .

6.  Plaintiff's counsel is responsible for distributing copies of this Notice to all parties.

The Clerk of Court is respectfully directed to unseal the Complaint in this case, file it on the public docket, and update the caption and party names on ECF accordingly.

**SO ORDERED.**

Date:  August 19, 2019
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**