David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

| | |
|---|---|
| United States of America ex rel. TZAC, Inc., | ) ) ) ) |
| Plaintiff-Relator, | ) ) ) |
| - against - | ) ) ) Index No.: |
| Oxfam a/k/a Oxfam GB, | ) **Rule 7.1 Statement** ) ) |
| Defendant. | ) ) |

    Relator TZAC, Inc. hereby states that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

David Abrams, Attorney at Law
 Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax 212-897-5811

Dated: New York, NY
       February 19, 2018