IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States ex rel. TZAC, Inc. , <br> Plaintiff(s) <br> v. <br> Oxfam a/k/a Oxfam GB , <br> Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: 18 cv 1500 (VEC) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Relator TZAC Inc. and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Oxfam a/k/a Oxfam GB without costs.

Date: 12/18/2019

_____
*Signature of plaintiffs or plaintiff's counsel*

305 Broadway Suite 601
*Address*

New York, NY 10007
*City, State & Zip Code*

212-897-5821
*Telephone Number*